

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2015

No. 04-15-00345-CR

Enrique **MATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-05-00028-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file his pro se brief is GRANTED. Time is extended to January 15, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court